UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| PENNY BAKER, Administratrix of the Estate of Brandon Baker, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 24-240-DCR |
| V. | ) ) | |
| MADISON COUNTY FISCAL COURT, et al., | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court being sufficiently advised, it is hereby

**ORDERED** as follows

1. A hearing on the defendants' motion for a stay and motion for a protective order [Record No. 25 and 26] is scheduled for **Wednesday, December 11, 2024**, beginning at the hour of **3:00 p.m.**, at the United States Courthouse in Lexington, Kentucky.

2. All discovery in this matter is **STAYED** pending the Court's ruling on the defendants' recently filed motions [Record No. 25 and 26].

Dated: December 5, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky